NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUANCHENG KANGTAI CHEMICAL CO., LTD., NAC GROUP LIMITED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2018-2298

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00257-RWG, Senior Judge Richard W. Goldberg.

---

**O R D E R**

---

Before REYNA, WALLACH, and TARANTO, *Circuit Judges.*

PER CURIAM.

Before the court is the parties' July 26, 2019, joint response to the Order to Show Cause. The parties have agreed there is no need for redactions.

Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on July 15, 2019 is hereby unsealed.

FOR THE COURT

August 7, 2019        /s/ Peter R. Marksteiner
     Date             Peter R. Marksteiner
                      Clerk of Court